UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A.R. HITLER,
aka CARL A. RENOWITZKY,

Plaintiff,

v.

UNITED STATES (NATIONS) OF AMERICA,

Defendant.

Case No. 19-cv-06677-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff filed a "Petition Notice of Everlasting Peace." Because such a document cannot initiate a legal action, the Court sent a Clerk's Notice advising him to file a complaint on the proper form (and an application to proceed *in forma pauperis*) by November 25, 2019. Plaintiff has failed to comply with the Clerk's Notice. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen. Any such motion must contain (i) a complaint on this Court's form; and (ii) a complete application to proceed *in forma pauperis* (or full payment for the $400.00 filing fee).

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

**Dated:** December 9, 2019

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California